IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| D-M-S Holdings, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: |
| v. | ) | |
| | ) | Judge: |
| Veridian Healthcare, LLC, Steven M. Bisulca, | ) | |
| and Michal Mazza, | ) | |
| | ) | |
| Defendants. | ) | |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Plaintiff D-M-S Holdings, Inc. is a wholly owned subsidiary of Briggs Medical Service

Company (a Delaware corporation). No publicly held corporation owns any portion of Plaintiff's

stock.

Respectfully submitted,

/s/ David H. Levitt

Jill R. Jensen-Welch (Pro Hac admission
pending)
DICKINSON, MACKAMAN, TYLER &
HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, Iowa  50309-3986
Telephone:  (515) 244-2600
FAX:  (515) 246-4550
jjensen@dickinsonlaw.com

David H. Levitt
Evan D. Brown
HINSHAW & CULBERTSON, LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois  60601
Telephone:  (312) 604-3000
FAX:  (312)704-3001
dlevitt@hinshawlaw.com
ebrown@hinshawlaw.com

ATTORNEYS FOR PLAINTIFF D-M-S HOLDINGS, INC.