**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **D-M-S HOLDINGS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 09-CV-07726 |
| vs. ) | |
| ) | Judge Robert M. Dow, Jr. |
| **VERIDIAN HEALTHCARE, LLC,** ) | |
| **STEVEN M. BISULCA and MICHAEL** ) | |
| **MAZZA,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF MOTION**

TO: SEE ATTACHED SERVICE LIST

On January 7, 2010 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr., in the courtroom usually occupied by him in Room 1919 of the Dirksen Federal Building located at 219 S. Dearborn St., Chicago, Illinois, and present **Defendants' First Motion for Extension of Time,** a copy of which is attached hereto and served upon you.

Dated: January 4, 2010                    Respectfully submitted,

                                          **VERIDIAN HEALTHCARE, LLC, STEVEN M.**
                                          **BISULCA AND MICHAEL MAZZA**


                                          By: */s/ Christopher S. Griesmeyer*
                                                One of their Attorneys

Christopher S. Griesmeyer (ARDC # 6269851)
Gary I. Blackman (ARDC # 6187914)
Adam B. Rome (ARDC # 6278341)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle, Suite 1300
Chicago, IL 60602
T: (312) 346-8380
F:(312) 346-8434
cgriesmeyer@lplegal.com
gblackman@lplegal.com
arome@lplegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Levitt (dlevitt@hinshawlaw.com)
Evan Brown (ebrown@hinshawlaw.com)
Jill R. Jensen-Welch (jjensen@dickinsonlaw.com)

By: */s/ Christopher S. Griesmeyer* _____
Christopher S. Griesmeyer (ARDC # 6269851)
LEVENFELD PEARLSTEIN, LLC
2 North LaSalle, Suite 1300
Chicago, IL 60602
T: (312) 346-8380
F: (312) 346-8434
cgriesmeyer@lplegal.com